731 A.2d 129

**Honorable Alex BONAVITACOLA, President Judge of the Court of Common Pleas of Philadelphia County, et al., Petitioners,**

v.

**Honorable Edward G. RENDELL, Mayor of the City of Philadelphia, et al., Respondents.**

Supreme Court of Pennsylvania.

June 11, 1999.

## *ORDER*

PER CURIAM:

**AND NOW,** this 11th day of June, 1999, we **GRANT** the Application for Plenary Jurisdiction. We remand the matter to the Commonwealth Court for expedited consideration and for findings of fact and conclusions of law.

We retain jurisdiction.